IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 03-173-2 |
| EDWARD CASTRO, JR. | : | |

### ORDER

**AND NOW**, this  3rd  day of April, 2012, upon consideration of Defendant Edward Castro's pro se Motion for Return of Property [pursuant to] Criminal Procedure Rule 41(g) (ECF No. 337), as well as all documents filed in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. Barclay Surrick, Judge**